| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Sweet, Robert W | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge (Senior status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Federal Court House<br>500 Pearl St - Room 1920<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Director | Constitution Works |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2008 MAY 19 P 1:21 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. United Dominion Realty Trust | B | Dividend | K | T | | | | | |
| 2. Wyeth | A | Dividend | K | T | | | | | |
| 3. IBM | A | Dividend | K | T | | | | | |
| 4. Walt Disney Company | A | Dividend | K | T | partial sale | 11/05 | J | B | |
| 5. AT&T Corp | A | Dividend | J | T | | | | | |
| 6. Avaya Inc | | None | | | sell | 10/26 | J | A | |
| 7. Alcatel -Lucent | A | Dividend | J | T | | | | | |
| 8. 3M | B | Dividend | L | T | | | | | |
| 9. Imation Corp | A | Dividend | J | T | | | | | |
| 10. Proctor & Gamble Co | B | Dividend | L | T | partial sale | 11/05 | J | B | |
| 11. General Electric Co. | A | Dividend | J | T | | | | | |
| 12. Agere Systems Inc | | None | J | T | merger/old | 04/03 | J | | |
| 13. LSI Corp | | None | J | T | merger/new | 04/03 | J | | |
| 14. Comcast Corp | | None | J | T | | | | | |
| 15. Smucker J M Company | A | Dividend | J | T | | | | | |
| 16. Citadel Broadcasting | | None | J | T | spin-off | 06/18 | J | | |
| 17. Amazon.com Inc. | | None | K | T | buy | 11/08 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Capital Assets Fund | A | Dividend | J | T | (a) | | | | |
| 19. Precision Castparts | B | Dividend | P1 | T | partial sale | 07/20 | M | G | |
| 20. Precision Castparts | | | | | partial sale | 08/01 | M | G | |
| 21. Precision Castparts | | | | | partial sale | 12/13 | M | G | |
| 22. Wells Fargo Company | E | Dividend | N | T | partial sale | 08/01 | K | E | |
| 23. American Int'l Group | B | Dividend | M | T | | | | | |
| 24. General Electric | D | Dividend | M | T | | | | | |
| 25. Schlumberger Ltd | C | Dividend | N | T | | | | | |
| 26. Transocean Inc | | None | L | T | exchange (b) | 11/29 | L | E | |
| 27. Amazon.com Inc | | None | L | T | purchase | 08/01 | L | | |
| 28. USTN 4.875% due 05/31/08 | D | Interest | O | T | purchase | 06/11 | N | | |
| 29. USTN 4.375% due 11/15/08 | B | Interest | N | T | purchase | 08/22 | N | | |
| 30. FHLB 5.5% due 08/15/08 | A | Interest | M | T | purchase | 08/22 | N | | |
| 31. FHLB 5.5% due 08/15/08 | | | | | partial sale | 09/12 | L | | |
| 32. Fidelity Trust Co Int'l Money Market Fund | E | Interest | M | T | (a) | | | | |
| 33. Knolls II Villa LP | | None | J | U | | | | | |
| 34. Estes - Sheridan LP | E | Distribution | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   NP Stratham LLC | D | Distribution | N | U | | | | | |
| 36.   NP Dover LP | D | Distribution | J | U | | | | | |
| 37.   NP Nashua LLC | G | Distribution | M | U | | | | | |
| 38.   NP Fairhaven LLC | C | Distribution | J | U | | | | | |
| 39.   NP Hanson LLC | D | Distribution | J | U | | | | | |
| 40.   NP Portfolio Account LLC | F | Distribution | O | U | | | | | |
| 41.   NPS2 LLC | D | Distribution | M | U | | | | | |
| 42. | | | | | | | | | |
| 43.   Trust #1 (lines 44 - 125) | D | Distribution | N | T | (f) | | | | |
| 44.   Accenture Ltd | | | | | buy | 09/18 | J | | |
| 45.   Accenture Ltd | | | | | sell | 11/13 | J | | |
| 46.   Allstate Corp | | | | | buy | 11/28 | J | | |
| 47.   AMR | | | | | buy | 01/22 | J | | |
| 48.   AMR | | | | | sell | 09/18 | J | | |
| 49.   American Electric Power Co | | | | | buy | 03/12 | J | | |
| 50.   American Electric Power Co | | | | | sell | 12/18 | J | A | |
| 51.   AIG | | | | | buy | 11/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Aon Corp | | | | | buy | 09/05 | J | | |
| 53. Applied Material Inc | | | | | buy | 05/21 | J | | |
| 54. Applied Material Inc | | | | | buy | 09/18 | J | | |
| 55. Applied Materrial Inc | | | | | partial sell | 11/28 | J | | |
| 56. Autozone Inc. | | | | | buy | 11/28 | J | | |
| 57. Bear Stearns | | | | | sell | 08/30 | J | | |
| 58. Burlington Northern | | | | | | | | | |
| 59. CA Inc. | | | | | buy | 09/20 | J | | |
| 60. CA Inc. | | | | | buy | 11/13 | J | | |
| 61. CA Inc. | | | | | buy | 11/28 | J | | |
| 62. Chicago Mercantile Exch | | | | | sell | 05/10 | J | A | |
| 63. Cisco Systems | | | | | buy | 01/18 | J | | |
| 64. Cisco Systems | | | | | buy | 11/13 | K | | |
| 65. Citigroup | | | | | sell | 10/29 | J | | |
| 66. ConocoxcfPhillips | | | | | sell | 04/05 | K | E | |
| 67. Directv Group | | | | | sell | 08/28 | J | | |
| 68. Disney | | | | | buy | 08/01 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Disney | | | | | sell | 11/28 | J | | |
| 70. Electric Data Sys Corp | | | | | buy | 03/27 | J | | |
| 71. Electric Data Sys Corp | | | | | sell | 09/18 | J | | |
| 72. Electric Data Sys Corp | | | | | buy | 10/04 | J | | |
| 73. Electric Date Sys Corp | | | | | sell | 11/28 | J | | |
| 74. Exxon Mobil Corp | | | | | partial sale | 01/18 | L | F | |
| 75. Exxon Mobil Corp | | | | | partial sale | 09/18 | J | D | |
| 76. Exxon Mobile Corp | | | | | partial sale | 11/13 | J | D | |
| 77. Exxon Mobile Corp | | | | | partial sale | 12/10 | J | D | |
| 78. Forest Labs | | | | | sell | 09/18 | J | | |
| 79. General Electric | | | | | | | | | |
| 80. General Mills | | | | | buy | 01/18 | J | | |
| 81. Goldman Sachs Group Inc | | | | | | | | | |
| 82. Hartford Financial Services | | | | | | | | | |
| 83. Heinz, H J Co, | | | | | buy | 09/18 | J | | |
| 84. Hewlett Packard | | | | | buy | 11/28 | J | | |
| 85. IBM | | | | | buy | 09/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IBM | | | | | sell | 11/28 | J | | |
| 87. International Paper Co | | | | | buy | 09/18 | J | | |
| 88. International Paper Co | | | | | sell | 11/28 | J | | |
| 89. ITT Industries | | | | | | | | | |
| 90. Intuit | | | | | sell | 06/05 | J | | |
| 91. Janus Capital Group Inc | | | | | buy | 12/13 | J | | |
| 92. KLA Tencor Corp | | | | | buy | 07/16 | J | | |
| 93. KLA Tencor Corp | | | | | sell | 11/13 | J | | |
| 94. Kohls | | | | | sell | 09/18 | J | | |
| 95. Kraft Foods | | | | | buy | 01/18 | J | | |
| 96. Kraft Foods | | | | | sell | 06/14 | J | | |
| 97. Kroger | | | | | | | | | |
| 98. L-3 Communications | | | | | buy | 08/28 | J | | |
| 99. Lauder Estee Co | | | | | buy | 06/18 | J | | |
| 100. Lauder Estee Co | | | | | sell | 11/28 | J | | |
| 101. Lehman Bros Holdings | | | | | sell | 09/18 | J | | |
| 102. Materials Selector Sector | | | | | buy | 12/03 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. McDonalds Corp | | | | | buy | 09/18 | J | | |
| 104. McDonalds Corp | | | | | buy | 11/13 | J | | |
| 105. Microsoft | | | | | | | | | |
| 106. Nordstrom | | | | | buy | 04/05 | J | | |
| 107. Nordstrom | | | | | sell | 07/16 | J | | |
| 108. Nordstrom | | | | | sell | 08/01 | J | | |
| 109. Nucor Corp | | | | | sell | 07/03 | J | A | |
| 110. Nvidia | | | | | sell | 04/23 | J | | |
| 111. Office Depot | | | | | sell | 05/21 | J | | |
| 112. Qwest Comm | | | | | buy | 09/18 | J | | |
| 113. Qwest Comm | | | | | sell | 11/13 | J | | |
| 114. Safeway Inc | | | | | buy | 01/18 | K | | |
| 115. Southern Copper Inc | | | | | buy | 04/23 | J | | |
| 116. Staples Inc | | | | | buy | 01/18 | J | | |
| 117. Staples Inc | | | | | sell | 11/13 | J | | |
| 118. Travelers Co | | | | | buy | 11/28 | J | | |
| 119. Txu Corp | | | | | sell | 3/09 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. United Technologies | | | | | | | | | |
| 121. Wyeth | | | | | partial sale | 04/13 | K | E | |
| 122. Wyeth | | | | | partial sale | 09/18 | J | C | |
| 123. XL Capital Ltd | | | | | buy | 05/16 | J | | |
| 124. XL Capital Ltd | | | | | sell | 11/28 | J | | |
| 125. CMA Money Fund | | | | | (a) | | | | |
| 126. | | | | | | | | | |
| 127. Trust #2 (lines 128-154) | F | Distribution | P1 | T | (g) | | | | |
| 128. USTN due 06/30/07 | | | | | matured | 06/3 | N | | |
| 129. USTN due 01/11/07 | | | | | matured | 01/11 | N | | |
| 130. USTN due 07/31/07 | | | | | matured | 07/31 | N | | |
| 131. USTN due 05/31/09 | | | | | buy | 06/11 | N | | |
| 132. NW Global Partners LP | | | | | | | | | |
| 133. AIG Int'l Group | | | | | | | | | |
| 134. BP Amoco | | | | | | | | | |
| 135. Bristol Myers | | | | | | | | | |
| 136. Del Monte Foods Co | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Exxon Mobil | | | | | | | | | |
| 138. Heinz, H.J. Co. | | | | | | | | | |
| 139. Ing Groep N V ADR | | | | | | | | | |
| 140. Kimberly Clark | | | | | | | | | |
| 141. Limited Brands | | | | | sell | 12/13 | L | D | |
| 142. Mack Cali Realty Corp | | | | | | | | | |
| 143. Medco Health Solutions | | | | | | | | | |
| 144. Merck & Co. | | | | | | | | | |
| 145. Nokia Corp | | | | | sell | 12/13 | L | E | |
| 146. Pinnacle West Cap Corp | | | | | buy | 09/24 | M | | |
| 147. Pitney Bowes Inc | | | | | | | | | |
| 148. Raytheon Co | | | | | | | | | |
| 149. Schering-Plough | | | | | | | | | |
| 150. Sotheby's | | | | | buy | 11/19 | M | | |
| 151. Symantec | | | | | partial sale | 09/24 | L | F | |
| 152. Washington Mutual | | | | | | | | | |
| 153. North Colorado Springs Land & Improvement Co. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Fiduciary Trust Int'l Money Market | | | | | (a) | | | | |
| 155. | | | | | | | | | |
| 156. Trust #3 (lines 157 - 170) | G | Distribution | P1 | W | (g) | | | | |
| 157. Fiduciary Trust Int'l Money Market | | | | | (a) | | | | |
| 158. USTN 4.875% due 05/31/09 | | | | | buy | 06/11 | N | | |
| 159. Berkshire Hathaway | | | | | | | | | |
| 160. Estes - Sheridan LP | | | | | | | | | |
| 161. NP Strathan LLC | | | | | | | | | |
| 162. NP Dover LLC | | | | | | | | | |
| 163. NP Nashua LLC | | | | | | | | | |
| 164. NP Fairhaven LLC | | | | | | | | | |
| 165. NP Hanson LLC | | | | | | | | | |
| 166. Northstar Quincy LLC | | | | | | | | | |
| 167. NP Portfolio Account LLC | | | | | | | | | |
| 168. NPS2 LLC | | | | | | | | | |
| 169. Koninklijke Ahold NV | | | | | | | | | |
| 170. Motorola | | | | | sell | 12/13 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. Citibank money market account | A | Interest | J | T | | | | | |
| 173. Citibank checking account | | None | J | T | | | | | |
| 174. JPMorgan Chase checking account | | None | J | T | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investements and Trusts

(a) = This is a money market type fund with shares remaining at a constant value of $1.00. Purchases and sales, with no gain or loss, were made throughout the year.

(b) = ████████Transocean Inc (Old) were exchanged for ███████Transocean Inc (New) plus $19,249 in cash.

(f) = Income beneficiary only.

(g) = Income beneficiary only without knowledge of gains/losses incurred on the sale or disposition of assets within the trust.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sweet, Robert W | 05/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544